JODI LINKER
Federal Public Defender
JESSICA YU
Assistant Federal Public Defender
55 S. Market Street, Suite 820
San Jose, CA 95113
Telephone: (408) 291-7753
Fax: (408)-291-7399
Jessica_Yu@fd.org

Counsel for Defendant LUNA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>JAMES LUNA,<br><br>　　　　　Defendant. | No. CR 23-00480-PCP<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |

　　　　Defendant James Luna and the Government, by and through their respective counsel, stipulate and agree, with the Court's approval, that the status conference currently set for March 20, 2024 at 10:00 a.m. may be continued to May 8, 2024 at 10:00 a.m. The reason for the requested continuance is that the United States needs additional time to respond to the defense's supplemental discovery requests.

　　　　The parties also stipulate and agree that excluding time to May 8, 2024 will allow for effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that the ends of justice served by excluding the time from March 20, 2024 to May 8, 2024 outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

///

///

IT IS SO STIPULATED.

Dated: March 15, 2024

JODI LINKER
Federal Public Defender
_____/s/_____
Jessica Yu
Assistant Federal Public Defender

Dated: March 15, 2024

ISMAIL J. RAMSEY
United States Attorney
_____/s/_____
Neal C. Hong
Assistant United States Attorney

# [PROPOSED] **ORDER**

Upon agreement and stipulation of the defendant James Luna, and the United States, and their respective counsel, and good cause appearing, IT IS HEREBY ORDERED that defendant James Luna's status conference may be continued to May 8, 2024 at 10:00 a.m.

It is also ORDERED that time may be excluded from March 20, 2024 to May 8, 2024 to allow for the effective preparation of counsel. The Court finds that failing to exclude time to May 8, 2024 would unreasonably deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See* 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

The Court further finds that the ends of justice served by excluding the time between March 20, 2024 and May 8, 2024 outweigh the interests of the public and the defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: March 18, 2024       _____
HONORABLE P. CASEY PITTS
United States District Judge

STIPULATION AND [PROPOSED] ORDER
CR 23-00480-PCP